DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for
Gonzolo Lopez-Alcala

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GONZOLO LOPEZ-ALCALA,<br>Defendants | Case No.: 2:26-cr-00106 DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: December 11, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Calabretta |

## STIPULATION

The United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, together with Attorney Dina Santos, counsel for Gonzolo Lopez-Alcala, hereby stipulate the following:

1. The Status Conference was previously set for September 25, 2026. By this stipulation, the parties now move to continue the Status Conference to December 11, 2026, at 9:00 a.m. and to exclude time between September 25, 2026, and December 11, 2026, under the Local Code T-4 (to allow defense counsel time to prepare).
2. The parties agree and stipulate, and request the Court find the following:
    a. A continuance is requested to continue to allow the Defense to meet with the Client, review discovery, conduct investigation, and discuss a potential

resolution. The government has provided discovery to defense counsel in the form of investigative reports and laboratory reports.

b. Counsel for the Defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 25, 2026, and December 11, 2026, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE: September 11, 2026

Eric Grant
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant U.S. Attorney

DATE: Sept. 11, 2026

/s/ Dina Santos
DINA SANTOS
Attorney for Gonzolo Lopez-Alcala

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on September 11, 2026 (Doc. No. 22), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for September 25, 2026, is VACATED and RESET for December 11, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between September 25, 2026 and December 11, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **September 14, 2026**

Dena Coggins
United States District Judge